■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JOSEPH HOP WAH, Appellant. — Judgment, Supreme Court, New York County (Haft, J.), rendered on October 30, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Carro, Lupiano, Silverman and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONDI YOUNG, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on October 10, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Ross, J. P., Carro, Lupiano, Silverman and Milonas, JJ.

■ In the Matter of the Application of SIDNEY FELDSHUH for Reinstatement. — Motion for reinstatement granted insofar as to refer the matter to the Departmental Disciplinary Committee as indicated in the order of this court. Concur — Kupferman, J. P., Sandler, Sullivan, Silverman and Bloom, JJ.